# United States Court of Appeals
## For the First Circuit

No. 99-1756

UNITED STATES OF AMERICA,

Appellee,

v.

GERALD P. COVIELLO,

Defendant, Appellant.

No. 99-1782

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT S. SIMONS,

Defendant, Appellant.

No. 99-1783

UNITED STATES OF AMERICA,

Appellee,

v.

MARC N. ROSENGARD

Defendant, Appellant.

No. 99-1814

UNITED STATES OF AMERICA,

Appellee,

v.

MAXINE SIMONS

Defendant, Appellant.

---

ERRATA

The opinion of this court issued September 7, 2000, is amended as follows:

On page 3, line 6, "Rosenberg" should be "Rosengard."